```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**
a/s/o Zachary Neff and Sheila
Neff, his wife,

    Plaintiff,

v.                                    **CIVIL CASE NO: 2:18-cv-00070**
                                               (Judge Kleeh)

**EATON CORPORATION,**

    Defendant.

## DISMISSAL ORDER

Pursuant to the *Stipulation of Dismissal* [Dkt. No. 39], it is **ORDERED** that this matter and all claims herein be **DISMISSED** with prejudice, and that the matter be **STRICKEN** from the Court's docket.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: November 13, 2019.

                                               /s/ Thomas S. Kleeh
                                               THOMAS S. KLEEH
                                               UNITED STATES DISTRICT JUDGE